UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT COFFEY,

    Plaintiff,

vs.

NAVIENT SOLUTIONS, INC.,

    Defendant.

Case No.: 16-CV-11426

Hon. Gershwin A. Drain

---

| | |
|---|---|
| MICHAEL S. AGRUSS<br>AGRUSS LAW FIRM, LLC<br>Attorney for Plaintiff<br>4809 N. Ravenswood Avenue<br>Suite 419<br>Chicago, IL 60640<br>(312) 224-4695<br>michael@agrusslawfirm.com | BONNIE L. MARTIN (Indiana Bar #2024818)<br>Ogletree, Deakins, Nash, Smoak & Stewart, PC<br>Attorneys for Defendant Navient Solutions, Inc.<br>111 Monument Circle, Suite 4600<br>Indianapolis, IN 46204<br>(317) 916-2118<br>bonnie.martin@ogletreedeakins.com<br><br>BENJAMIN A. ANCHILL (P70968)<br>Ogletree, Deakins, Nash, Smoak, & Stewart, PLLC<br>Attorneys for Defendant Navient Solutions, Inc.<br>34977 Woodward Avenue, Suite 300<br>Birmingham, MI 48009<br>(248) 593-6400<br>benjamin.anchill@ogletreedeakins.com |

---

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court pursuant to the stipulation of the parties, through their undersigned counsel, and the Court being otherwise fully advised in the premises:

1

IT IS HEREBY ORDERED that the above-referenced case be and hereby is dismissed with prejudice and without costs or attorneys' fees to any party.

|  |  |
|---|---|
| Dated: January 26, 2017 | /s/Gershwin A Drain<br>GERSHWIN A. DRAIN<br>U.S. District Judge |

Stipulation of the Parties:

The parties, by the signatures of their counsel below, hereby stipulate and agree to the entry of the above Order.

| s/Michael S. Agruss (with permission) | s/Benjamin A. Anchill |
|---|---|
| MICHAEL S. AGRUSS | BENJAMIN A. ANCHILL |
| AGRUSS LAW FIRM, LLC. | OGLETREE, DEAKINS, NASH, |
| Attorney for Plaintiff | SMOAK & STEWART, PLLC |
|  | Attorney for Defendant |
| Dated: January 25, 2017 | Dated: January 25, 2017 |

28410664.1